UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-4062 SVW (SSx) | Date | December 27, 2017 |
|---|---|---|---|
| Title | Calendar Research, LLC v. StubHub, Inc., et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER PLACING TRANSCRIPT FOR NOVEMBER 3, 2017 HEARING UNDER SEAL

On November 3, 2017, the Court held a telephonic hearing on Plaintiff's motion to compel production of source code and related documents. (Dkt. No. 75). Defendant StubHub requested that the Court designate only certain portions of the transcript as confidential and redact such portions. (Dkt. No. 121; see also Dkt. No. 125 (sealed declaration in support of request)). However, the court reporter is unable to accommodate StubHub's request for limited redactions.

Accordingly, and because Stubhub has demonstrated good cause for portions of the transcript to remain confidential, the Court places the entire transcript of the hearing held on November 3, 2017 under seal. Any party may seek to obtain the transcript by application to the Court. If such application is made, the Court will set a schedule to permit an opposition to releasing the transcript to be filed by Stubhub. After the filing of an opposition, if an opposition is necessary, the Court will take the matter under submission.

IT IS SO ORDERED.

:

Initials of Preparer     mr