**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, California 90071
(213) 262-9333

Douglas S. Curran *(pro hac vice)*
dcurran@piercebainbridge.com
Conor McDonough *(pro hac vice)*
cmcdonough@piercebainbridge.com
Adam C. Ludemann *(pro hac vice)*
aludemann@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172
(212) 484-9866

*Attorneys for Plaintiff Calendar Research LLC*

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Calendar Research LLC,** a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Michael Hunter Gray**, an individual; **StubHub, Inc.,** a Delaware corporation; **eBay Inc.**, a Delaware corporation; **Lisa Dusseault,** an individual; **Lasha Efremidze,** an individual; and **Does 5 through 10**, inclusive,<br><br>Defendants. | Case No. 2:17–cv–04062–SVW–SS<br>Hon. Stephen V. Wilson<br><br>**Declaration of Adam C. Ludemann in Support of Plaintiff Calendar Research LLC's Supplemental Memorandum in Opposition to Defendants' Motions for Summary Judgment** |

---

**Ludemann Declaration in Support of Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions for Summary Judgment**

# DECLARATION OF ADAM C. LUDEMANN

I, Adam C. Ludemann, declare as follows:

1. I am an attorney authorized to practice in this Court by admission *pro hac vice*. I am associated with the firm Pierce Bainbridge Beck Price & Hecht LLP, counsel of record for Plaintiff Calendar Research, LLC. I make this declaration in support of Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions for Summary Judgment. I make this declaration based upon my own personal knowledge of the facts asserted herein, and if called to testify, I could and would testify competently thereto.

2. On August 1, 2019, Corporate Defendants, pursuant to the Magistrate Court's July 25, 2109 Order, produced in native Excel format a "Palamida Klutch Overview Audit Report" bearing bates number STUBHUB0089835. Attached hereto as Exhibit A is a copy of that document converted to PDF format for filing purposes. Slipsheets demarcating and identifying the Excel tabs existing in the native document have been added to the PDF for reference. Exhibit A is a true and correct copy of STUBHUB0089835 in all other respects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 8, 2019 in New York, New York.

Dated: August 8, 2019               Respectfully submitted,

                                     /s/ *Adam C. Ludemann*
                                    Adam C. Ludemann

**Ludemann Declaration in Support of Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions for Summary Judgment**