JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALENDAR RESEARCH LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br>vs.<br><br>MICHAEL HUNTER GRAY, an individual; STUBHUB, INC., a Delaware corporation; EBAY INC., a Delaware corporation; LISA DUSSEAULT, an individual; LASHA EFREMIDZE an individual; and DOES 5 through 10, inclusive,<br><br>          Defendants. | CASE NO. 2:17-cv-04062-SVW-SS<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Joint Stipulation filed on June 4, 2020, and Federal Rule of Civil Procedure 54(b), IT IS HEREBY ADJUDGED that Plaintiff Calendar Research LLC's Eighth Cause of Action for Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, against Defendant Lasha Efremidze is dismissed with prejudice, and judgment is entered in Defendant Efremidze's favor.

Dated: June 9, 2020

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge